UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
KEVIN YAN LUIS,                                             :
                        Plaintiff,           :
                                                            :      22 Civ. 4722 (LGS)
            -against-                              :
                                                            :      <u>ORDER</u>
ST BARTH GROUP, LLC,                                        :
                        Defendant.          :
                                                            :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the Order dated June 24, 2022, required the parties to file a proposed case management plan and joint letter by August 3, 2022, at 12:00 P.M.;

      WHEREAS, the initial pretrial conference is currently scheduled for August 10, 2022, at 4:20 P.M.;

      WHEREAS, the parties failed to file the joint letter or proposed case management plan. It is hereby

      **ORDERED** the parties shall file a joint letter and proposed case management plan as soon as possible and no later than **August 4, 2022, at 12:00 P.M.**

Dated: August 3, 2022
       New York, New York

                                                       _____
                                                         LORNA G. SCHOFIELD
                                                      UNITED STATES DISTRICT JUDGE