UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------X
                                    :

KEVIN YAN LUIS,                      :

                      Plaintiff,    :

                                  :         22 Civ. 4722 (LGS)

                -against-        :

                                  :           ORDER

ST BARTH GROUP, LLC,          :

                      Defendant.  :

                                  :
----------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

        WHEREAS, Defendant was served with the Complaint on June 20, 2022;

        WHEREAS, Defendant was required to answer, move or otherwise respond to the Complaint by June 11, 2022;

        WHEREAS, the initial pretrial conference in this matter is scheduled for August 10, 2022,

        WHEREAS, no significant issues were raised in the parties' joint letter or proposed case management plan.  It is hereby

        **ORDERED** that the August 10, 2022, initial pretrial conference is **cancelled**.  If the parties believe that a conference would nevertheless be useful, they should inform the court immediately so the conference can be reinstated.  The case management plan and scheduling order will issue in a separate order.  The parties' attention is particularly directed to the provisions for periodic status letters, and the need for a pre-motion letter to avoid cancellation of the final conference and setting of a trial date.  It is further

        **ORDERED** that if Defendant seeks to file a motion to dismiss, Defendant shall file a pre-motion letter pursuant to Individual Rules III.A.1 and III.C.2 by **August 12, 2022**.  If Defendant has not filed a pre-motion letter or otherwise responded to the Complaint by August 12, 2022, Plaintiff shall file a proposed order to show cause for default judgment and supporting papers as

required by the Court's Individual Rules.  It is further

**ORDERED**, regarding settlement discussions, if and when the parties are ready to proceed with a settlement conference with the assigned Magistrate Judge or mediation in the Court's mediation program, they shall file a <u>joint</u> letter on ECF requesting a referral.

The parties should be aware that the Court does not extend the deadlines for fact and expert discovery absent compelling circumstances.

Dated: August 4, 2022
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE