```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
KEVIN YAN LUIS,                                              :
                              Plaintiff,                     :
                                                             :   22 Civ. 4722 (LGS)
               -against-                                     :
                                                             :          ORDER
ST. BARTH GROUP, LLC,                                        :
                              Defendant.                     :
                                                             :
-------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, Defendant was served with the Complaint on June 20, 2022;

WHEREAS, Defendant was originally required to answer, move or otherwise respond to the Complaint by July 11, 2022;

WHEREAS, the Order at Dkt. No. 11, dated August 4, 2022, required Defendant to answer, move or otherwise respond to the Complaint by August 12, 2022, and directed Plaintiff to move for default judgment if Defendant failed to respond to the Complaint by then;

WHEREAS, Defendant has not responded to the Complaint, and Plaintiff has not moved for default judgment.  It is hereby

**ORDERED** that, by **August 17, 2022**, Defendant shall answer, move or otherwise respond to the Complaint, whether by pre-motion letter for an anticipated motion to dismiss or otherwise.  If Defendant fails to respond to the Complaint by August 17, 2022, then by **August 19, 2022**, Plaintiff shall file an order to show cause for default judgment and supporting papers as required by the Court's Individual Rules.  The parties are advised that failure to comply with the Court's deadlines may result in sanctions.

Dated:  August 16, 2022
        New York, New York

LORNA G. SCHOFIELD
**UNITED STATES DISTRICT JUDGE**