```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
KEVIN YAN LUIS,                                             :
                                   Plaintiff,               :
                                                            :         22 Civ. 4722 (LGS)
              -against-                                     :
                                                            :              ORDER
ST. BARTH GROUP, LLC,                                       :
                                   Defendant.               :
                                                            :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order dated August 18, 2022, at Dkt. No. 14, directed Defendant to file its motion to dismiss the Complaint by September 7, 2022;

WHEREAS, Defendant filed to file its motion timely. It is hereby

**ORDERED** that, by **September 14, 2022**, Defendant shall file its motion to dismiss or otherwise respond to the Complaint. It is further

**ORDERED** that, if Defendant fails to respond to the Complaint by September 14, 2022, Plaintiff shall file an order to show cause for default judgment and supporting papers as required by the Court's Individual Rules. The parties are advised that failure to comply with the Court's deadlines may result in sanctions.

Dated: September 12, 2022
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE